UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN A. TILTON,<br><br>        Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>        Defendant. | Case No. 21-cv-09584-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 46 |

On November 22, 2023, the parties filed a case management statement informing the Court that the matter settled following the November 2, 2023 settlement conference. (Dkt. No. 45.) On November 22, 2023, the Court ordered Plaintiff to file a dismissal within 60 days of the order, absent any extension ordered by the Court. (Dkt. No. 46.) To date, Plaintiff has not filed the dismissal. Accordingly, the Court ORDERS Plaintiff, by **February 23, 2024**, to (1) file a dismissal as previously directed and (2) show cause why sanctions should not be imposed for failure to comply with the Court's order.

    IT IS SO ORDERED.

Dated: February 20, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge